IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Rodney F. Stirewalt, | ) | |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| v. | ) | |
| | ) | |
| Norfolk Southern Corporation and | ) | C.A. No. : 1:08-CV-358 |
| Norfolk Southern Railway Company, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff, Rodney F. Stirewalt, by and through his undersigned attorney, and the defendants, Norfolk Southern Corporation and Norfolk Southern Railroad Company, by and through their undersigned attorneys, hereby stipulate and agree to dismiss the above-captioned action, and all related counterclaims, cross-claims and/or any other claims <u>with prejudice</u>, and the complaint and all counterclaims, cross-claims and/or any other claims herein are hereby dismissed <u>with prejudice</u> and any and all such claims are hereby <u>res judicata</u>.

/s/ John K. Koon
Mr. John K. Koon
Koon and Cook, P.A.
2016 Gadsden St.
Columbia, SC 29201
Phone: (803) 256-4082
Fax:  (803) 254-0658
jkoon@koonandcook.com

Attorney for Plaintiff Rodney F. Stirewalt

/s/ Michelle DeLuca Yarbrough
Daniel B. White, Esq. (Fed. Bar #4612)
Ronald K. Wray, II (Fed. Bar # 5763)
Christopher M. Kelly (Fed. Bar #6999)
Stephanie G. Flynn (Fed. Bar#7461)
Michelle D. Yarbrough (Fed. Bar #9343)
GALLIVAN, WHITE & BOYD, P.A.
55 Beattie Place, Suite 1200
Post Office Box 10589
Greenville, SC  29603
(864) 271-9580
(864) 271-7502 FAX
dwhite@gwblawfirm.com
rwray@gwblawfirm.com
ckelly@gwblawfirm.com
sflynn@gwblawfirm.com
myarbrough@gwblawfirm.com

Richard H. Willis, Esq.
Karen A. Crawford, Esq.
NELSON MULLINS RILEY & SCARBOROUGH, LLP
P.O. Box 11070
Columbia, SC 29211

Attorneys for Defendants
Norfolk Southern Corporation and
Norfolk Southern Railroad Company

2